UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

RECEIVED

APR 2 3 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nicholas Anthony Marzano (Pro Se)

Plaintiff

Vs.

1:12-cv-02982
Judge Blanche M. Manning
Magistrate Judge Jeffrey Cole

Home Box Office Inc., a Time Warner Corporation Company

Defendant

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. 1983 and 1985.

2. The court has jurisdiction under 28 U.S.C. 1343 and 1367.

3. Plaintiff's full name is Nicholas Anthony Marzano, a United States Citizen, residing in Hillside, Illinois.

4. Defendant, Home Box Office Inc., a Time Warner Corporation Company, is a cable television network located at 1100 Avenue of the Americas in New York, New York 10036.

5. Defendant Home Box Office Inc., a Time Warner Corporation Company, is currently filming and broadcasting a hidden camera reality television show depicting the day-to-day activities of plaintiff Nicholas Anthony Marzano without the plaintiff's consent or knowledge.

6. Defendant Home Box Office Inc., a Time Warner Corporation Company, has trespassed into the private apartment of plaintiff Nicholas Anthony Marzano and set up hidden audio, video, and television cameras inside of the residence to film and broadcast the plaintiff's day-to-day activities and most

Marzano day-to-day activities would not be interrupted for any reason. These actions deprive the plaintiff Nicholas Anthony Marzano from his constitutional right to due process of laws which is a violation of the 14th amendment of the United States Constitution.

10. On April 20th 2012, plaintiff Nicholas Anthony Marzano, now residing in Hillside, Illinois, went to the Hillside Police Department to once again report this invasion of privacy and intrusion upon his seclusion in his private residence by defendant Home Box Office Inc. Plaintiff Nicholas Anthony Marzano was suffering from great emotional distress and embarrassment from this perceived lack of privacy due to the hidden camera reality television show that the defendant, Home Box Office Inc., a Time Warner Corporation Company, is currently filming and broadcasting depicting the plaintiff's day-to-day activities without the plaintiff's consent or knowledge. The plaintiff made a complaint to an officer Pedersen of the Hillside Police Department describing the incidents and events that are occurring presently. Officer Pedersen claimed he was unaware that the plaintiff Nicholas Anthony Marzano had hidden cameras inside of his private residence or that the plaintiff was being filmed and broadcast on a hidden camera reality television show by defendant Home Box Office Inc., a Time Warner Corporation Company. Officer Pedersen additionally claimed that the Hillside Police Department does not have or possess equipment with the technological capability to detect hidden spy cameras that are invisible to the naked eye and that an investigation into the plaintiff's allegations against Home Box Office Inc. would be useless because of that fact. Plaintiff Nicholas Anthony Marzano alleges that officer Pedersen of the Hillside Police Department is aware that the plaintiff has hidden cameras inside of his residence placed there by defendant Home Box Office, Inc. Plaintiff Nicholas Anthony Marzano further alleges that officer Pedersen of the Hillside Police Department is aware that the plaintiff is being filmed on a hidden camera reality television show by defendant Home Box Office Inc., a Time Warner Corporation Company. Plaintiff Nicholas Anthony Marzano alleges that Defendant Home Box Office Inc. conspired and was jointly engaged with the Hillside Police Department to ensure that no criminal investigation would be conducted into the allegations the plaintiff made at the police station that day. The plaintiff believes these conspiring actions by both the Hillside Police Department and Home Box Office Inc were to ensure that the hidden camera reality television show depicting the plaintiff Nicholas Anthony Marzano day-to-day activities would not be interrupted for any reason. These actions deprive the plaintiff Nicholas Anthony Marzano from his constitutional right to due process of laws which is a violation of the 14th amendment of the United States Constitution.

11. Plaintiff Nicholas Anthony Marzano alleges that Defendant Home Box Office Inc., a Time Warner Corporation Company, is completely surrounding the plaintiff with paid employee actors that include attorneys, government and law enforcement officials, physicians, employers, prospective employers, family, friends, neighbors, and co-workers. These actions by the Defendant prevent the Plaintiff Nicholas Anthony Marzano from seeking a customary legal remedy to enforce his Constitutional and civil rights under law and have caused the plaintiff great emotional distress. This is a violation of the 14th amendment of the United States Constitution. Defendant Home Box Office Inc., a Time Warner Corporation, is acting knowingly, intentionally, willfully, and maliciously. The defendant's actions are fraudulent and extremely oppressive.

private moments without the plaintiff's consent or knowledge. The plaintiff Nicholas Anthony Marzano has a reasonable expectation of privacy inside of his private residence as protected by the Constitution of the United States. This invasion of privacy and intrusion upon the plaintiff's seclusion is a violation of the 4th, 9th, and 14th amendments of the United States Constitution. This is also a violation of the Video Voyeurism Prevention Act of 2004, 18 U.S.C.A. 1801.

7. Defendant Home Box Office Inc., a Time Warner Corporation Company, has trespassed into the private automobile of plaintiff Nicholas Anthony Marzano and set up hidden audio, video, and television cameras inside of the vehicle to film and broadcast the plaintiff's day-to-day activities and private moments without the plaintiff's consent or knowledge. The plaintiff further believes the defendant Home Box Office Inc., a Time Warner Corporation Company, has installed sophisticated remote controlled electronic equipment that controls the engine, steering, and other devices inside of the plaintiff's automobile based on an undeniable non-coincidental pattern of occurrences. The plaintiff Nicholas Anthony Marzano has a reasonable expectation of privacy inside of his automobile as protected by the Constitution of the United States. This invasion of privacy is a violation of the 4th, 9th, and 14th amendments of the United States Constitution. The defendant's Home Box Office Inc., a Time Warner Corporation Company, unwelcome and unknowing tampering of the most basic controls of plaintiff's Nicholas Anthony Marzano's automobile is a felony by law in the state of Illinois.

8. On May 30th 2010, plaintiff Nicholas Anthony Marzano became aware that he was being filmed on a hidden camera reality television show by defendant Home Box Office Inc., a Time Warner Corporation Company, while residing in Elmhurst, Illinois.

9. In November 2010, plaintiff Nicholas Anthony Marzano went to the Elmhurst Police Department to report this invasion of privacy and intrusion upon his seclusion in his private residence. Plaintiff Nicholas Anthony Marzano was suffering from great emotional distress and embarrassment from this perceived lack of privacy due to the hidden camera reality television show that the defendant, Home Box Office Inc., a Time Warner Corporation Company, was and is currently filming and broadcasting to this day. Plaintiff Nicholas Anthony Marzano made a written statement at the Elmhurst Police Station describing the incidents and events that are occurring presently. The Elmhurst Police Department conducted no investigation into the matter the plaintiff reported that day. The Elmhurst Police Department did not file a single police report regarding the statements the plaintiff Nicholas Anthony Marzano made at the police station that day. The Elmhurst Police Department did not ask the plaintiff a single question regarding the allegations the plaintiff made that day. This series of events caused the plaintiff Nicholas Anthony Marzano to become suspicious that there is a larger conspiracy occurring that interfered with his most basic civil rights and the plaintiff's ability to obtain real law enforcement. Plaintiff Nicholas Anthony Marzano believes the officers from the Elmhurst Police Department he met with in November 2010 are actually paid employee actors of defendant Home Box Office Inc., a Time Warner Corporation Company. Plaintiff Nicholas Anthony Marzano alleges that Defendant Home Box Office Inc. conspired and was jointly engaged with the Elmhurst Police Department to ensure that no criminal investigation would be conducted into the allegations the plaintiff made at the police station that day. The plaintiff believes these conspiring actions by both the Elmhurst Police Department and Home Box Office Inc were to ensure that the hidden camera reality television show depicting the plaintiff Nicholas Anthony

12. Plaintiff Nicholas Anthony Marzano further alleges that defendant Home Box Office Inc., a Time Warner Corporation Company, is intentionally prohibiting and preventing the plaintiff from seeking gainful employment that would match the plaintiff's educational background and experience within the confines of the hidden camera reality television show bubble that the defendant Home Box Office has created without the plaintiff's consent or knowledge. The plaintiff alleges that he is constantly surrounded by paid employee actors of defendant Home Box Office Inc., a Time Warner Corporation Company, which include employers and prospective employers that determine decisions on the plaintiff's salary, wages, and job positions. Home Box Office Inc. is intentionally limiting the plaintiff Nicholas Anthony Marzano's income to the status of a poor person in a fraudulent effort to prevent the plaintiff from earning enough money to take customary legal action against the defendant Home Box Office Inc. so the defendant can ensure the uninterrupted filming and broadcasting of the hidden camera reality television show depicting the plaintiff's day-to-day-activities. The plaintiff Nicholas Anthony Marzano's income has decreased by more than 75% since becoming aware that he was being filmed on a hidden camera reality television show in May of 2010. These fraudulent actions by defendant Home Box Office Inc., a Time Warner Corporation Company, have also prevented the plaintiff Nicholas Anthony Marzano from paying basic utility bills such as the electricity bill and have been used by the defendant Home Box Office Inc. as a source of taunting and torment towards the plaintiff Nicholas Anthony Marzano to gain their specific interests by attempting to bully the plaintiff's actions to obtain the desired results of defendant Home Box Office Inc. in the most unimaginably unjust and illegal manner possible without any regard for laws or law enforcement whatsoever. These conspirators' actions by the defendant Home Box Office Inc. are discriminatory and have caused the plaintiff great emotional distress. These actions by defendant Home Box Office Inc., a Time Warner Corporation Company, are extremely fraudulent, oppressive, and illegal. These actions by the defendant Home Box Office Inc., a Time Warner Corporation Company, against plaintiff Nicholas Anthony Marzano are a clear violation of the 5th and 14th amendments of the United States Constitution where "no person shall be deprived of life, liberty, or property without due process of laws." These actions by the defendant Home Box Office Inc. are a clear violation of the plaintiff's Constitutional rights.

13. As a direct and proximate result of the above-said conduct of Defendant Home Box Office Inc., a Time Warner Corporation Company, including the intrusion upon seclusion and invasion of privacy of plaintiff Nicholas Anthony Marzano, the plaintiff suffered and continues to suffer from, including but not limited to, severe and permanent emotional distress and embarrassment.

14. Plaintiff Nicholas Anthony Marzano also claims violation of rights that may be protected by the laws of Illinois such as conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, Plaintiff Nicholas Anthony Marzano prays for judgment in his favor and against Defendant Home Box Office Inc., a Time Warner Corporation Company, for relief in the form of payment for the amount of money that the defendant Home Box Office Inc. Owes to the plaintiff Nicholas Anthony Marzano for the production, sales, distribution, and syndication of the hidden camera reality television

show that they are currently filming and broadcasting about plaintiff Nicholas Anthony Marzano that depict the plaintiff's day-to-day activities without the plaintiff's consent or knowledge and that which is causing the plaintiff severe and permanent emotional distress and embarrassment due to the above-said violations of the plaintiff's constitutional rights.

Plaintiff's signature: _____ 4-23-12

Plaintiff's name: Nicholas Anthony Marzano

Plaintiff's mailing address: 5155 Electric Avenue Apt. 1C

City: Hillside   State: Illinois   ZIP: 60162

Plaintiff's Telephone Number: (224) 855-0621

13. Plaintiff has previously filed a case in this district. (Yes) No

12CV2477 dismissed by Judge Manning